Decided July 8, 1998

## STATE OF CONNECTICUT *v.* LEEROY HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 717 (AC 17081), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Alexander H. Schwartz*, special public defender, in support of the petition.

*Susann E. Gill*, senior assistant state's attorney, in opposition.

Decided July 8, 1998